IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

RUBIE MCMURRIAN ET AL.                                                        PLAINTIFFS

vs.                                   Civil No. 1:11-cv-01068

CRESLENN OIL COMPANY ET AL.                                              DEFENDANTS

### REPORT AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

Before this Court is Plaintiffs' Notice of Removal.  ECF No. 1.  This Notice of Removal was filed on November 14, 2011.  On November 15, 2011, pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3) (2009), the Honorable Susan O. Hickey referred this Notice to this Court for a report and recommendation.

With the present Notice of Removal, Plaintiffs seek to remove an action from Union County Circuit Court, civil action CV 2001-213.  To remove an action to federal court, a party must comply with 28 U.S.C. § 1441 and § 1446.  Those rules require an action be removed within thirty (30) days "after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within thirty days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter." 28 U.S.C. § 1446(b).  Further, with a notice of removal, a party is required to file "a copy of all process, pleadings, and orders served upon such defendant or defendants in such action." 28 U.S.C. § 1446(a).

This Court has contacted Union County Circuit Court, and the underlying action was filed over ten years ago in 2001.  Clearly, the thirty day deadline has passed.  Further, Plaintiffs only filed

1

their Notice of Removal with a few miscellaneous documents and did not file "a copy of all process, pleadings, and orders served upon such defendant or defendants in such action." 28 U.S.C. § 1446(a). Thus, this Court recommends Plaintiffs' case be **REMANDED** back to Union County Circuit Court for further proceedings.

**The parties have fourteen (14) days from receipt of this Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger** *de novo* **review by the district court.** *See Thompson v. Nix*, 897 F.2d 356, 357 (8th Cir. 1990).

**ENTERED this 18th day of November, 2011.**

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE

.